ORIGINAL

**FILED**

11/22/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 22-0004

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## PR 22-0004

FILED

NOV 2 2 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN RE THE MATTER OF THE LICENSE OF
SUSAN J. REBECK

**O R D E R**

On May 2, 2022, this Court entered an Order admitting Susan J. Rebeck to the active practice of law after having been on Emeritus status since June 2019. The Order required Rebeck to submit proof of attendance at thirty hours of approved continuing legal education to the Board of Continuing Legal Education within six months of the Order.

Rebeck has moved for waiver of the CLE requirement of the Order, explaining that, while she has attended one CLE event, she has been unable to fulfill the entire requirement due to the daily care required for an elderly immediate family member who recently fell and sustained a traumatic brain injury. Further, Rebeck has one remaining case, and explains that she "proposes to take no new cases, not to practice law other than this one case and to surrender her license upon conclusion" of the case.

The Court expresses its appreciation for Rebeck's efforts to provide *pro bono* representation in domestic relations cases. Good cause appearing,

IT IS ORDERED that the motion for waiver is GRANTED. Susan J. Rebeck's CLE requirement is waived for the pendency of her final case representation.

The Clerk shall mail a copy of this Order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 22nd day of November, 2022.

Chief Justice

_____

_____

_____

_____

_____

_____
Justices